UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEECHIE DEVAIN TEMPLETON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE ESQUETINI, et al.,<br><br>    Defendant. | NO. EDCV 19-813-AB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation in the Report.

IT IS ORDERED that Defendants' motion for summary judgment for failure to exhaust administrative remedies is DENIED.

IT IS FURTHER ORDERED that Defendants' motion to dismiss for failure to state a claim is GRANTED IN PART AND DENIED IN PART as follows:

(a) Defendants' motion to dismiss is denied with respect to Defendants Alamilla, Blier, Esquetini, Rivera, Leen, and Reams;

(b) Defendants' motion to dismiss is granted with leave to amend as to Defendants Mariscal, Park, Fast, Johnston, and Delay; and

    (c) Plaintiff is granted leave to file a First Amended Complaint within 30 days after entry of this order.

    If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

    The Clerk is DIRECTED to provide Plaintiff with a blank civil rights complaint form.

    If Plaintiff decides not to file a First Amended Complaint, this action will proceed on his Eighth Amendment claims against Defendants Alamilla, Blier, Esquetini, Rivera, Leen and Reams.

DATED: November 10, 2020

ANDRE BIROTTE JR
United States District Judge