IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEECHIE DEVAIN TEMPLETON, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ESQUETINI, et al., <br><br> Defendants. | NO. EDCV 19-00813-FWS (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 104) ("Report and Recommendation"). No objections to the Report and Recommendation have been filed. (*See generally* Dkt.)

"A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3) (stating "[t]he district judge must determine de novo any part of the magistrate judge's disposition that

1

has been properly objected to," and "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Proper objections require "specific written objections to the proposed findings and recommendations" of the magistrate judge. Fed. R. Civ. P. 72(b)(2). Where no objection has been made, arguments challenging a finding are deemed waived. *See* 28 U.S.C. § 636(b)(1) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.").

Based on the state of the record, as applied to the applicable law, the Court accepts and adopts the Report and Recommendation, including each of the findings of fact and conclusions of law therein.

IT IS ORDERED that Defendants' motion for summary judgment is granted, that Judgment be entered for Defendants, and that the entire action is dismissed with prejudice.

DATED: September 30, 2022   _____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE