JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEECHIE DEVAIN TEMPLETON, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ESQUETINI, et al., <br><br> Defendants. | NO. EDCV 19-00813-FWS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for summary judgment is granted, judgment is entered for Defendants, and this action is dismissed with prejudice.

DATED: September 30, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1